IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00996-AP

DIANE L. PEREZ,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

RUTH K. IRVIN
Irvin & Irvin
1443 Spruce Street
Boulder, Colorado 80302
(303) 543-0337
(303) 543-0389 (fax)
rkirvin@irvinlaw.net

For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570
debra..meachum@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 5/25/06
    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 6/6/06
    C.    **Date Answer and Administrative Record Were Filed**: 7/28/06

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, and with agreement from Plaintiff's counsel, Defendant's counsel respectfully requests briefing to commence later than 30 days after the filing of this Joint Case Management Plan, as follows:

    A.    **Plaintiff's Opening Brief Due:**      September 29, 2006
    B.    **Defendant's Response Brief Due:**   October 31, 2006
    C.    **Plaintiff's Reply Brief (If Any) Due:** November 15, 2006

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.** **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.** **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of <u>good cause</u>.

DATED this 17th day of August, 2006.

                                          BY THE COURT:

                                          <u> s/John L. Kane                                </u>
                                          U.S. DISTRICT COURT JUDGE

4

APPROVED:

| | |
|---|---|
| s/Ruth K. Irvin, Esq. 8/17/06 | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY |
| RUTH K. IRVIN<br>Irvin & Irvin<br>1443 Spruce Street<br>Boulder, Colorado 80302<br>(303) 543-0337<br>rkirvin@irvinlaw.net | KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>s/Debra J. Meachum 8/17/06<br>By: Debra J. Meachum |
| Attorney for Plaintiff | Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant. |